UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF OUTSTATE MICHIGAN
TROWEL TRADES PENSION FUND, et al.,

    Plaintiffs,

v.

SERRATOS CONSTRUCTION, INC.,

    Defendant.
_____/

Case No. 1:25-cv-77

HON. JANE M. BECKERING

## ORDER

This is a civil action. Plaintiffs filed a Petition for Contempt (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 35) on August 19, 2025, recommending that this Court grant the motion, that Defendant be held in contempt, that the Court order Defendant to purge its contempt by submitting to Plaintiffs for inspection and audit certain materials, that the Court award to Plaintiffs their reasonable costs, including attorneys' fees, and that the Court impose a daily civil contempt penalty should Defendant fail to comply with the Court's contempt order. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Contempt (ECF No. 24) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant is HELD IN CONTEMPT of court for having failed to comply with the Court's June 2, 2025 Default Judgment (ECF No. 21).

2

**IT IS FURTHER ORDERED** that Defendant shall purge its contempt by submitting to Plaintiffs for inspection and audit, no later than September 24, 2025, Defendant's "books and records needed by Plaintiffs to determine the amount of Defendant's indebtedness for the period of January 2021 until the date of production of such books and records," as ordered in the Default Judgment (ECF No. 21, PageID.65).

**IT IS FURTHER ORDERED** that should Defendant fail to comply with this Order by the above deadline, the Court will impose a daily civil contempt penalty of $100.00 against Defendant.

**IT IS FURTHER ORDERED** that Plaintiffs are permitted to move for reasonable costs, including attorneys' fees, in bringing the Petition for Contempt.

**IT IS FURTHER ORDERED** that Plaintiffs shall immediately serve a copy of this Order on Defendant and file proof of such service.

Dated: September 10, 2025                          /s/ Jane M. Beckering
                                                                                 JANE M. BECKERING
                                                                                 United States District Judge